IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00003-KDB-DCK

CAROLINA DESTINATIONS, LLC,
STARSAIL ADVENTURES, LLC,
AVANTSTAY SOUTHEAST, LLC,

    Plaintiffs,

  v.

IREDELL COUNTY,

    Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDCIE**

    IT IS HEREBY STIPULATED AND AGREED by and between the parties by their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii)

    Each side shall bear their own costs.

/s/ David P. Parker
David P. Parker
*Plaintiffs' counsel*

/s/Mary Craven Adams
Mary Craven Adams
*Defendant's counsel*